```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - against -                              11 Cr. 599 (DAB)
                                                        ORDER

THEODORE L. FREEDMAN,
                         Defendant.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

      The Government is directed to have the Defendant examined by the appropriate experts to render a report on the alleged diagnosis and the effects of such disease, if the Defendant is found to have it. Such report shall be provided to the Court and the Defendant within 120 days of the date of this Order. In the interests of justice, time is hereby excluded under the Speedy Trial Act until Monday, April 30, 2012.

SO ORDERED.

Dated:    New York, New York
           December 9, 2011

                                                _____
                                                DEBORAH A. BATTS
                                                United States District Judge